SCAP-16-0000496

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

RICHARD NELSON III, KALIKO CHUN, JAMES AKIONA, SR.,
SHERILYN ADAMS, KELII IOANE, JR., and CHARLES AIPIA,
Plaintiffs-Appellees-Cross-Appellants,

vs.

HAWAIIAN HOMES COMMISSION, THE DEPARTMENT OF HAWAIIAN HOME
LANDS, JOBIE MASAGATANI, in her official capacity as Chair of
the Hawaiian Homes Commission, WILLIAM K. RICHARDSON, MICHAEL P.
KAHIKINA, DOREEN NAPUA GOMES, GENE ROSS DAVIS, WALLACE A.
ISHIBASHI, DAVID B. KAAPU, and WREN WESCOATT, in their official
capacities as members of the Hawaiian Homes Commission,
Defendants-Appellees-Cross-Appellees,

and

WESLEY MACHIDA, in his official capacity as the State Director
of Finance, and the STATE OF HAWAI'I,
Defendants-Appellants-Cross-Appellees.

_____

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-16-0000496; CIV. NO. 07-1-1663)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
with Wilson, J., dissenting separately)

Upon consideration of the Plaintiffs-Appellees-Cross-

Appellants' motion for reconsideration, filed February 15, 2018,

the Defendants-Appellees-Cross-Appellees' joinder thereto,

filed February 16, 2018, and the record herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED:   Honolulu, Hawaiʻi, February 21, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

